**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**LISA MCNEELY** **PLAINTIFF**

**v.** **CASE NO. 5:18-CV-00187 BSM**

**VICTORIA LEIGH, et al.** **DEFENDANTS**

# ORDER

Lisa McNeely's case is dismissed because she has failed to state a claim for which relief can be granted and because jurisdiction is lacking. Fed. R. Civ. P. 12(b)(1) & 12(b)(6).

McNeely alleges that defendants restricted her right to free speech, defamed her, invaded her privacy, and retaliated against her. The First Amendment claims are dismissed with prejudice because defendants are not state actors. 42 U.S.C. § 1983; *see Crumpley-Patterson v. Trinity Lutheran Hosp.*, 388 F.3d 588, 590–91 (8th Cir. 2004). The Title VII retaliation claim is dismissed with prejudice because McNeely was not employed by defendants and suffered no adverse employment action. *See, e.g.*, *E.E.O.C. v. Kohler Co.*, 335 F.3d 766, 772 (8th Cir. 2003). The defamation and invasion of privacy claims are dismissed without prejudice because they are state tort claims over which this court has no jurisdiction; the parties are not diverse and the amount-in-controversy does not exceed $75,000. 28 U.S.C. § 1332.

IT IS SO ORDERED this 15th day of March 2019.

Brian S. Miller
UNITED STATES DISTRICT JUDGE