**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**LISA MCNEELY** **PLAINTIFF**

**v.** **CASE NO. 5:18-CV-00187 BSM**

**VICTORIA LEIGH, et al.** **DEFENDANTS**

**JUDGMENT**

Pursuant to the order entered on this day, the case is dismissed; the First Amendment and retaliation claims are dismissed with prejudice, and the state tort claims are dismissed without prejudice.

IT IS SO ORDERED this 15th day of March 2019.

UNITED STATES DISTRICT JUDGE